IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENDRICK LORAY SANDERS                                                                   PLAINTIFF

v.                                        Case No. 1:24-cv-1061

JAILER JOSEPH TRIPP, Columbia County
Detention Center (CCDC); JAILER TYLER
POOLE, CCDC; and JAIL ADMINISTRATOR
GENE SEGAR, CCDC                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 7, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that this case be dismissed without prejudice for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**, this 30th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge